FILED ___ LODGED
RECEIVED ___ COPY
NOV -6 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

The Indictment

James H. Burgett          vs     BOP (Bureau of Prisons)
Petitioner                       And Warden Winn
                                 Legal Assistant
                                 Cathy Smithens
                                 Psychologist MS Rooks
                                 Lt. Selby
                                 CO Louis
                                 CO Alvarez
                                 CO Gallion

CIV 13-1641 TUC CKJ

Emergency Lawsuit for the Reason of Imminent Danger of my Life, Retaliation and Revenge, Stolen Legal Documents and poisoning of my Food

Comes now James H. Burgett who will show the following facts:

(1) The reason I am writing this on this paper is because Warden Winn ordered all my court forms, writing paper, pen, stamps, and envelopes be removed from my cell to intentionally prevent me from filing in court and deny me any access to the courts by not mailing out anything to the court with my name on it, a malicious criminal act. Inmates provided paper/stamps etc.

(2) I ask the court to consider this an Emergency Lawsuit. The reason being that since September 2012, CO's Louis and Alverez have exposed my case to other Inmates and put me in harm's way, and recently have stepped this up by trying to entice me outside the cell so the Inmates can harm me. Alverez and Louis, last year, poisoned an Inmates food but when did not remove them from the Shu when it was reported and in the last two weeks has informed my cellmate, Wick Paz not to eat the bottom two trays because they were special to me. These trays were not eaten. The warden, nor the Lieutenant did anything about this. They continue to call out loud on the range, "Grandpa Nasty" and reveal to Inmates, my case. I am 64 and had a triple by-pass. The stress on my heart is over wheming and dangerous and my blood pressure stays high.

(3) In April, 2013, Lt Selby/MS Roohs, out of retaliation for getting them in trouble with Region, took my legal documents/photos, not giving a confiscation form which was a violation and only when I threaten to take them to court did they return the property. However, 9 crime scene photos were missing. I filed a tort claim for 9,500 since this is what my sister paid a lawyer to get them because they were crucial in my appeal I have been writing. When Dennis Wong, the tort claim officer rejected the claim, my sister decided to place a lien on him. So, on October 24th, in retaliation for this, Wong e-mailed Smithers/Winn and they conspired to take all my property, legal documents, including two legal mail envelopes, sealed, with stamps, ready to mail to my attorney, and opened them up and admitted to it in an incident report. They gave no confiscation form nor allowed me to be present when they took everything. Officer Gallion stated Smithers told him to take everything. When I wrote a BP8 explaining my time limit to appeal is about to expire so I need all my property back ASAP, they have refused. By BoP Policy Gallion must

count the photos and number of legal envelopes in my presence

but did not do so. When I pointed out there was no confiscation form

given they suddenly wrote at the bottom of the incident report they

did meaning they conspired to lie on a government document. If

the documents or photos are not returned before my appeal expires

on the time limit I want to reserve the right to amend this

lawsuit to sue for one million dollars since they will have cost me

the chance for a reduced sentence or freedom. Because of everything

state above, I ask the court to do the following:

(1) Order Winn to remove Louis and Alvernaz from the Shu.

(2) Return ALL my property to me immediately so I may appeal in time.

(3) Freeze the assets of Winn, Smithers, Selby, Rooks, Louis, Alvernaz, and Gaskon

until Louis/Alvernaz are removed and all my property is returned

(4) Appoint an attorney for me locally so he may subpoena records.

(5) Fine Winn, Smithers, Louis, Alvenaz, Rocks, Selby, Grillon for intentionally putting my life in danger, retaliating by stealing my property and legal documents and "losing" my crime scene photos, and attempting to stop me from filing in court by taking court forms, writing paper, pens, envelopes and stamps, and taking my address book so I would not have the address of the Tucson court to file this lawsuit; fine each 2,000 dollars out of their own pocket; I had to have inmates get me paper, envelope, stamps, pen, etc and find the address.

(6) Fine the BOP 100,000 dollars for intentionally and purposely allowing staff to put me in harms way, threaten my life, try to poison me, steal my property and go thru my photos and legal documents without me present. I ask for immediate relief

(7) I ask the court to waive the Administrative Relief procedure because this is an imminent threat to my life

And I am on a time limit to file my Appeal and must have my documents back.

(8) I ask the court to waive the filing fee for now and charge the BOP the filing fee.

(9) I ask the Court to bar the BOP from transferring me until this lawsuit is resolved since they have a history of doing this to avoid a court trial.

(10) Nick Paz, my cellmate, is prepared to testify that CO Louis and CO Alvernaz constantly come to the cell door telling him how sick and perverted I am and loud enough for others to hear and how they told him on several occassions that he shouldn't eat certain trays because they were for me. Further, he will testify that between 7AM to 8AM, as CO Louis walked him to recreation

on october 30th, Louis stopped him in front of the cage and Louis, knowing of Paz' violent history told him he should hurt me badly or kill me and not to worry as he wouldn't be charged. In light of this I ask the court to bar the BOP from transferring this witness until this is resolved since they have a history of transferring witnesses before trial. I ask the court to contact Mr Paz and take his statement since they may not allow him to mail one to the court. Louis and Alveraz have proven themselves to be very dangerous with no regard for human life and should be fired and Winn-allowing them to continue is just as guilty. I ask for a Jury Trial.

In an attempt to stop my correspondence, Winn, on November 1st restricted my mail so I ask the court to end the restriction on my mail. They (warden) did this because my sister wrote that she was attaching a lien on Winn.

Respectfully

Jim Burgett

11/4/13

Jim Burgett 15289075
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

11/4/13

To: The Court Clerk: Please Help

This is an Emergency Lawsuit since my life is in imminant danger, which is explained in the lawsuit. The staff took all my legal forms from my cell in the shu so I ask you waive the requirement of using the proper form and accept the enclosed document. I ask you make the extra copies and send one to the judge in order to get emergency relief and that, at this time, the fee be waived until the judge determines how to do this. Staff took all my legal documents, court forms, stamps, pen, writing paper, and envelopes in an attempt to keep me from filing to your court. Other inmates loaned me this paper. Please forward to the judge ASAP. Thank you.

Respectfully
Jim Bagg

Do Not Return This document, enclosed, to me until this has been stamped and filed in court and the Judge has a copy.