UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

James H. Burgett,
　　Plaintiff,
　　vs
Federal Bureau of Prisons et al.,
　　Defendants

CASE 4:13-cv-01641-CKJ-PSOT

Motion to turn over evidence/Property

　　Comes Now James H. Burgett, Pro Se, acting as my own attorney, requesting the court order Warden Louis Winn/BOP turn over all of my property including the alledged contraband to me in my cell. The reason being that some of the property contains evidence to prove my case and the alledged contraband contains evidence to show what they took, in some of the contraband, was actually exhibits to be attached to my state appeal such as the forensic exam and a statement by the alledged victim

states I did not do what was charged. The state case has been completed and is in my property and shows and names these exhibits in the contraband and further proves the property/contraband was only taken out of retaliation and revenge. I ask the court to order Warden Winn to turn this property over to me before the court hearing so I will have time to put all the evidence together before the hearing. I also ask that should Winn refuse to obey the court order that he be held in contempt until such time that he turns it over to me.

DATE: November 18, 2013    Respectfully

James H. Burgett 15289076
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

Certificate of Service

I, James H. Burgett, certify that a copy of this Motion was given to Case Manager MR Romero as Legal mail to be mailed for me to warden Winn/BOP on this day, November 18, 2013

DATE: November 18, 2013
Mailed

Respectfully

*James H. Burgett*
James H. Burgett 15289075
United States Penitentiary
P. O. Box 24550
Tucson, AZ 85734